# BEFORE THE
# UNITED STATES JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

In re: Convergent Telephone Consumer            MDL No. 2478
       Protection Act Litigation

## NOTICE OF TAG-ALONG ACTION

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation (the "Rules"), Convergent Outsourcing, Inc. ("Convergent"), by and through its undersigned attorneys, hereby notify the Clerk of the Judicial Panel on Multidistrict Litigation (the "JPML") of the following potential tag-along action, which was filed after Convergent filed its Motion to Transfer (Dkt. 1) and shortly before the Panel entered its Transfer Order (Dkt. 34), dated October 8, 2013:

- *Jack Eugene Evans and Brenda Lee Evans v. Convergent Outsourcing, Inc.*, No. 5:13-ap-00217-RNO (M.D. Pa)

Rule 1.1(h) defines a "tag-along action" as a "civil action pending in a district court which involves common questions of fact with either (1) actions on a pending motion to transfer to create an MDL or (2) actions previously transferred to an existing MDL, and which the Panel would consider transferring under Section 1407."

The above-listed action was filed on September 11, 2013 in the United States Bankruptcy Court for the Middle District of Pennsylvania. Plaintiffs make identical legal allegations arising out of similar factual scenarios as the actions transferred by the JPML in its Transfer Order. Specifically, plaintiffs allege that Convergent and/or its agents placed calls to their cellular telephones using an automatic telephone dialing system without prior express consent for the purposes of collecting a debt. The action is therefore a potential tag-along action within the meaning of Rule 1.1(h) of the Rules.

Accordingly, Convergent respectfully requests that the JPML transfer the above-listed action to the United States District Court for the District of Connecticut as part of MDL No. 2478.

Dated: October 10, 2013

Respectfully submitted:

s/ *Craig J. Mariam*
Craig J. Mariam (CA No. 225280)
GORDON & REES LLP
633 West Fifth Street, 52nd floor
Los Angeles CA, 90071
Phone: (213) 576-5000
Fax: (877) 306-0043
cmariam@gordonrees.com

*Counsel for defendant Convergent Outsourcing, Inc.*