# BEFORE THE
# UNITED STATES JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

In re: Convergent Telephone Consumer      MDL No. 2478
    Protection Act Litigation

## NOTICE OF WITHDRAWAL OF DOCUMENT TITLED "INTERESTED PARTY RESPONSE OF DEFENDANT CONVERGENT OUTSOURCING, INC. TO PLAINTIFF CHERIE LAURSEN'S NOTICE OF RELATED ACTION TO TRANSFER RELATED ACTION TO THE DISTRICT OF CONNECTICUT FOR INCLUSION IN MDL PROCEEDINGS"

At the request of the JPML, Convergent withdraws the above-referenced document (Docket No. 36) given that a Conditional Transfer Order has already been filed (Docket No. 37). Nonetheless, Convergent continues to respectfully request that the JPML transfer the action titled *Bennett et al. v. Convergent Outsourcing, Inc.* (MIE/4:12-cv-15636) to the United States District Court for the District of Connecticut as part of MDL No. 2478.

Dated: October 23, 2013      Respectfully submitted:

s/ *Craig J. Mariam*
Craig J. Mariam (CA No. 225280)
GORDON & REES LLP
633 West Fifth Street, 52nd floor
Los Angeles CA, 90071
Phone: (213) 576-5000
Fax: (877) 306-0043
cmariam@gordonrees.com

*Counsel for defendant Convergent Outsourcing, Inc.*