BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re:  Convergent Telephone Consumer                MDL-2478
        Protection Act Litigation

PROOF OF SERVICE

I, Jeanne P. Farrar, hereby certify that a copy of the foregoing **NOTICE OF WITHDRAWAL OF DOCUMENT TITLED "INTERESTED PARTY RESPONSE OF DEFENDANT CONVERGENT OUTSOURCING, INC. TO PLAINTIFF CHERIE LAURSEN'S NOTICE OF RELATED ACTION TO TRANSFER RELATED ACTION TO THE DISTRICT OF CONNECTICUT FOR INCLUSIONIN MDL PROCEEDINGS"** and this **PROOF OF SERVICE** were filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt on October 23, 2013. All other parties will be served by regular U.S. Mail.

| **COUNSEL IN LAURSEN (CONVERGENT) ACTION** | **CLERKS OF COURT** |
|---|---|
| David J. McGlothlin, Esq.<br>David@westcoastlitigation.com<br>HYDE & SWIGART<br>2633 E. Indian School Road, Suite 460<br>Phoenix, AZ 85016<br>Tel: (602) 265-3332<br>Fax: (602) 230-4482<br>Attorneys for Plaintiff Cherie Laursen | Clerk, United States District Court, Arizona<br>401 W. Washington Street, Suite 130<br>SPC 1<br>Phoenix, AZ 85003-2118 |
| **COUNSEL IN RUTIGLIANO (CONVERGENT) ACTION**<br>Sergei Lemberg, Esq.<br>LEMBERG & ASSOCIATES L.L.C.<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>Tel: (203) 653-2250<br>Fax: (203) 653-3424<br>Attorneys for Plaintiff Victoria Rutigliano | Clerk, United States District Court, Connecticut<br>Abraham Ribicoff Federal Building<br>United States District Court<br>450 Main Street<br>Hartford, CT 06103 |
| **COUNSEL IN VASQUEZ (CONVERGENT) ACTION**<br>Keith J. Keogh, Esq.<br>Craig Shapiro, Esq.<br>Timothy Sostrin, Esq.<br>KEOGH LAW, LTD<br>101 North Wacker Drive, Suite 605 | Clerk, United States District Court, Northern District Illinois – Eastern Division<br>Everett McKinley Dirksen United States Courthouse<br>219 South Dearborn Street |

| | |
|---|---|
| Chicago, Illinois 60606<br>Tel: (312) 726-1092<br>Fax: (312) 726-1093<br>Keith@KeoghLaw.com<br>Attorneys for Plaintiff Cindy Vasquez | Chicago, IL 60604 |
| **COUNSEL IN PRUKALA<br>(CONVERGENT) ACTION**<br>Jeffrey T. Susec, Esq.<br>325 Peach Glen-Idaville Road<br>Gardners, PA  17324<br>Telephone: (717) 315-2359<br>Attorneys for Plaintiff Michael Prukala | Clerk of the United States District Court for the Middle District of Pennsylvania<br>PO Box 1148<br>235 N. Washington Avenue<br>Scranton, PA 18501-1148 |
| **COUNSEL IN OROZCO<br>(CONVERGENT) ACTION**<br>Tammy Hussin, Esq.<br>LEMBERG & ASSOCIATES, LLC<br>6404 Merlin Drive<br>Carlsbad, CA 92011<br>Tel: (855) 301-2100, ext 5514<br>thussin@lemberglaw.com<br><br>LEMBERG & ASSOCIATES, LLC<br>1100 Summer Street<br>Stamford, CT 06905<br>Tel: (203) 653-2250<br>Fax: (203) 653-3424<br>Attorneys for Plaintiff Demetrius Orozco | Clerk, United States District Court, Eastern District of California<br>ROBERT T. MATSUI FEDERAL COURTHOUSE<br>501 I Street, Room 4-200<br>Sacramento, CA 95814 |
| **COUNSEL IN PERMISON<br>(CONVERGENT) ACTION**<br>Dennis R. Kurtz, Esq.<br>WEISBERG & MEYERS, LLC<br>5025 N. Central Ave. #602<br>Phoenix, AZ 85012<br>Tel: (888) 595-9111 ext. 412<br>Fax: (866) 565-1327<br>dkurz@AttorneysForConsumers.com<br>Attorneys for Plaintiff Jack Permison<br><br>Kenneth E Payson, Esq.<br>DAVIS WRIGHT TREMAINE (SEA)<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>206-622-3150 | Clerk, United States District Court, Western District of Washington, Tacoma Division<br>1717 Pacific Avenue, Room 3100<br>Tacoma, WA  98402-3200 |

| | |
|---|---|
| kenpayson@dwt.com<br>Attorneys for Defendant Comcast<br>Benjamin J Stone **,** Esq.<br>VERIS LAW GROUP PLLC<br>1809 Seventh Avenue, Suite1400<br>Seattle, WA 98101<br>206-535-6000<br>ben@verislawgroup.com<br>Attorneys for Defendant Convergent<br><br>David C Lundsgaard **,** Esq.<br>GRAHAM & DUNN<br>2801 Alaskan Way, Suite 300<br>Pier 70<br>Seattle, WA 98121-1128<br>206-624-8300<br>Fax: FAX 340-9599<br>dlundsgaard@grahamdunn.com<br>Attorneys for Defendant Thrift Financial Marketing *doing business as*<br>OutReach Communications<br>*successor in interest*<br>OutReach Communications LTD<br><br>**COUNSEL IN CARRINGTON (CONVERGENT) ACTION**<br>L. Jeanette Rice, Esq.<br>WALSH, BECKER, MOODY & RICE<br>14300 Gallant Fox Lane #218<br>Bowie, MD 20715<br>Tel: (301) 262-6000<br>Fax: (301) 262-4403<br>riceesq@walshbecker.com<br>Attorneys for Plaintiff Yvonne Carrington<br><br>**COUNSEL IN EVANS (CONVERGENT) ACTION**<br>Carlo Sabatini, Esq.<br>Brett Freeman, Esq.<br>Sabatini Law Firm, LLC<br>216 N. Blakely Street<br>Dunmore, PA 18512<br>570 341-9000<br>570 504-2769 (fax)<br>usbkct@bankruptcypa.com<br>bfecf@bankruptcypa.com | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Clerk, United States District Court, District of Maryland, Southern Division<br>Greenbelt Division<br>6500 Cherrywood Lane, #300<br>Greenbelt, Maryland  20770<br><br><br><br>Clerk, United States Bankruptcy Court, Middle District of Pennsylvania<br>274 Max Rosenn<br>U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701 |

| | |
|---|---|
| Attorneys for Joint Debtor Brenda Lee Evans and Debtor Jack Eugene Evans, Jr. FIA Card Services, N.A. 1100 N. King Street Wilmington, DE 19801 Defendant Pro Se<br><br>**COUNSEL IN BENNETT (CONVERGENT) ACTION**<br>Julie A Petrik, Esq. Lyngklip Association Consumer Law Center 24500 Northwestern Highway, Suite 206 Southfield, MI 48075 Attorneys for Plaintiff Debbie Bennett and Phillip Bennett<br><br>Nabil G. Foster, Esq. David M. Schultz, Esq. Hinshaw & Culbertson, LLP 222 N. LaSalle Street, Suite 300 Chicago, IL 60601 Attorneys for Defendant Convergent Outsourcing, Inc.<br><br>Steven A. Siman, Esq. 3250 West Big Beaver Road, Suite 34 Troy, MI 48084 Attorneys for Defendant Convergent Outsourcing, Inc. | Clerk, United States District Court of Michigan, Easter District Federal Building & U.S. Courthouse 600 Church Street, Room 140 Flint, MI 48502 |

   I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

   Executed on October 23, 2013.

                    _Jeanne P. Farrar_
                     Jeanne P. Farrar

Craig J. Mariam (CA No. 225280)
Gordon & Rees, LLP
633 West Fifth Street, Suite 52
Los Angeles, CA 90071
Tel: 213-576-5000
Email: cmariam@gordonrees.com
Attorneys for defendant Convergent Outsourcing, Inc**.**